No. 86–5718. IN RE MIESBAUER. Petition for writ of habeas corpus denied.

No. 86–98. RIVERA *v.* MINNICH. Appeal from Sup. Ct. Pa. Probable jurisdiction noted.

No. 86–281. RAY *v.* UNITED STATES. C. A. 5th Cir. Certiorari granted.

No. 86–511. COMMISSIONER OF INTERNAL REVENUE *v.* FINK ET UX. C. A. 6th Cir. Certiorari granted.

No. 86–475. FRAZIER *v.* HEEBE, CHIEF JUDGE, UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA, ET AL. C. A. 5th Cir. Motion of American Corporate Counsel Association for leave to file a brief as *amicus curiae* granted. Certiorari granted.

No. 86–510. UNITED STATES *v.* HOHRI ET AL. C. A. D. C. Cir. Certiorari granted. JUSTICE SCALIA took no part in the consideration or decision of this petition.

No. 86–526. CATERPILLAR INC. ET AL. *v.* WILLIAMS ET AL. C. A. 9th Cir. Motion of Merchants & Manufacturers Association for leave to file a brief as *amicus curiae* granted. Certiorari granted.

No. 86–5344. MILLER *v.* FLORIDA. Sup. Ct. Fla. Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted.

No. 85–2047. FLORIDA *v.* KANE. Dist. Ct. App. Fla., 3d Dist. Certiorari denied.